IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

*10:29 am, 12/12/19*

**U.S. Magistrate Judge**

| | |
|---|---|
| MARATHON OIL PERMIAN, LLC, | |
| Plaintiff, | |
| vs. | Case No.  18-CV-548-F-R |
| OZARK ROYALTY COMPANY, LLC, | |
| Defendant. | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME  [DOC. 119]**

This matter is before the Court on Defendant's Unopposed Motion for an Extension of Time [Doc. 119], which requests an extension of time to respond to Plaintiff's Amended Complaint [Doc. 104].  After considering the Motion and finding good cause, the Court GRANTS the Motion.

NOW, THEREFORE, IT IS ORDERED Defendant's Motion [Doc. 119] is GRANTED. Defendant shall have until December 26, 2019, at noon Central Standard Time to Respond to Plaintiff's Amended Complaint.

DATED this 12th day of December, 2019.

_____
Kelly H. Rankin
United States Magistrate Judge